UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE A. KEHRER,<br><br>            Plaintiff,<br><br>   vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>            Defendant. | NO. CV-11-0027-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties (ECF No. 37), the Clerk of this court shall enter judgment of dismissal with prejudice of the Complaint and the claims therein without costs or attorneys fees to any party.

The Clerk of this court shall enter this Order, enter judgment, forward copies to counsel, and close this file.

**DATED** this 7th day of September, 2012.

                              s/ Justin L. Quackenbush
                         JUSTIN L. QUACKENBUSH
                  SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1