AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRUCE A. KEHRER,

                                                                                    JUDGMENT IN A CIVIL CASE

                              v.

BNSF RAILWAY COMPANY, a Delaware corporation,

CASE NUMBER: CV-11-027-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the stipulation of the parties herein this case is hereby dismissed with prejudice.

September 7, 2012                                JAMES R. LARSEN
*Date*                                                            *Clerk*
                                                                         s/ Penny Lamb
                                                                         *(By) Deputy Clerk*